UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO.: 3:99-cr-119-TSL-001

ANTHONY LEROY RUSSELL

<u>REPORT AND RECOMMENDATION</u>

This matter is before the undersigned for a report and recommendation on the United States Probation Service's request that Anthony Leroy Russell receive early termination from supervised release due to his successful completion of the Reentry Court Program of the United States District Court for the Southern District of Mississippi, Northern Division.

The Reentry Court Program Plan for the Northern Division of the Southern District of Mississippi has been approved by the United States Court of Appeals for the Fifth Circuit. Per the Plan, participants must complete a four-phase, twelve-month program of intensive supervision and meet certain standards which exceed the standard conditions of supervised release. In order to complete the Reentry Court Program, participants must maintain a period of full-time employment, participate in cognitive behavior therapy, undergo drug and alcohol evaluation and random testing, maintain a period of abstinence, complete numerous written assignments, and complete community service projects. Participants must also appear at least once every month before the undersigned to report and undergo an evaluation of the participant's progress in the program.

This report and recommendation should serve to confirm that Anthony Leroy Russell successfully completed the Reentry Court Program of the United States District Court for the

*Report and Recommendation*                    -2-                    *Anthony Leroy Russell*

Southern District of Mississippi, Northern Division, and formally graduated from the program on April 16, 2014. The Reentry Court Program Plan for the Northern Division provides that, "upon successful completion of the reentry program, the participant is granted a thirty percent (30%) reduction of participant's original term of supervised release, provided that it is within the statutory authority of the court." Accordingly, based on Russell's successful completion of the Reentry Court Program and the provisions of the Reentry Court Program Plan, the undersigned recommends that the United States Probation Service's request for early termination of Athony Leroy Russell supervised release be granted.

ISSUED on the 9th day of February, 2015.


*/s/F. Keith Ball*
UNITED STATES MAGISTRATE JUDGE