Probation Form No. 35

Report and Order Terminating Probation Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

V.                                          Case No.: 3:99cr119LS-001

Anthony Leroy Russell

On June 13, 2000, Your Honor sentenced the above-referenced offender for Felon in Possession of a Firearm in violation of 18 U.S.C. § 924(e)(1) to one hundred-eighty (180) months imprisonment and three (3) years supervised release. On March 20, 2013, he began the Jackson Division Reentry Court Program in the Southern District of Mississippi. Russell has successfully completed the provisions of the program, along with additional efforts to deter criminal activity in the community through participation in a community service project. He has complied with the rules and regulations of his Term of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Anthony Leroy Russell be discharged from his Term of Supervised Release.

Respectfully submitted,
Margaret J. Pickett
2015.02.05
08:42:49 -06'00'

William Jay Simpson
U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this _9th_ day of _February_, 2015.

Honorable Tom S. Lee
U.S. Senior District Judge